# EXHIBIT 1

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
mrusing@rllaz.com
Michael J. Rusing
State Bar No. 006617
icrum@rllaz.com
Isaac S. Crum
State Bar No. 026510
*Attorneys for Defendant Tramar Global, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mach 1 Global Services, Inc., an Arizona corporation, | NO. _____ |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF PERRY CROOKE** |
| Tramar Global, LLC, a foreign limited liability company; John Does I-X; XYZ Corporations I-X; A-Z limited liability companies, 1 to 10, | |
| Defendants. | |

1.      My name is Perry Crooke.  I am over eighteen years of age and competent in all respects to give the foregoing testimony, which is based on my personal knowledge and experience.

2.      I am currently the President of Tramar Global, LLC, a limited liability company formed in the state of North Carolina whose principal place of business is at 2805 Walkup Ave. Monroe, North Carolina 28110.

3.      Including myself, Tramar Global LLC has **2** members, all of whom are residents of the state of North Carolina.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October **20**, 2020, at ___**4:15 pm**___.

Perry Crooke

2

# EXHIBIT 2

**JAMES F. MAHONEY, PLC**
James F. Mahoney, Esq., SBN 013940
11445 East Via Linda #2535
Scottsdale AZ 85259
Telephone: (602) 587-4772
Fax:   (602) 456-4853
Email: jim.mahoney@jfm-lawfirm.com
*Attorneys for Attorneys for Plaintiff*

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MACH 1 GLOBAL SERVICES, INC., an Arizona corporation,<br><br>                 Plaintiff,<br><br>vs.<br><br>TRAMAR GLOBAL, LLC, a foreign limited liability company; JOHN DOES I-X; XYZ CORPORATIONS I-X; A-Z LIMITED LIABILITY COMPANIES, 1 to 10,<br><br>                 Defendants. | Case No.: CV2020-055164<br><br>**SUMMONS**<br><br> Suggested Tier: # 1<br><br>Breach of Contract<br>Failure to Pay Freight Charges<br><br><br>*(Assigned to Hon. Andrew Russell)* |

THE STATE OF ARIZONA TO: **TRAMAR GLOBAL, LLC**

                    c/o TRAMAR, INC.
                    2805 WALKUP AVE., SUITE A
                    MONROE, NC 28110

        YOU ARE HEREBY SUMMONED and required to appear and defend this Complaint, within the time applicable, in this Court. If served within Arizona, you shall appear and defend within 20 days after service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona--whether by direct service, by registered or certified mail, or by publication--you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the date of service. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the

date of the first publication.  Direct service is complete when made.  Rule 4, Ariz. R. Civ. P. and A.R.S. §§ 25-311 to 25-381.22.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file a proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required.  You are required to serve a copy of any response upon the plaintiff's attorney.  Rules 5 and 10(d), Ariz. R. Civ. P. and A.R.S. § 12-311.

The name and address of the Plaintiff's attorney is:

James F. Mahoney, Esq.
JAMES F. MAHONEY, PLC
11445 East Via Linda #2535
Scottsdale AZ 85259

SIGNED AND SEALED this date:

_____

MICHAEL J. KEANES, CLERK OF COURT

By: _____
Deputy Clerk

**\*\*PLEASE SEE COURT ISSUED SUMMONS ATTACHED\*\***

**COPIES** of the foregoing have been mailed
Certified RRR/Regular Mail
on this 23rd of September 2020 to:


Tramar Global, LLC
c/o Manager, Tramar Global, LLC
2805 Walkup Ave., Suite A
Monroe, NC 28110

Perry Crooke, stat agent
Tramar Global, LLC
2805 Walkup Ave., Suite A
Monroe, NC 28110



By:  _____
     Ariel Maloney
     Legal Assistant to James F. Mahoney, Esq.

Clerk of the Superior Court
*** Electronically Filed ***
K. Sleeseman, Deputy
9/22/2020 4:16:09 PM
Filing ID 12028390

Person/Attorney Filing: James F Mahoney
Mailing Address: 7227 North 16th Street Suite 224
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)597-4772
E-Mail Address: jim.mahoney@jfm-lawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013940, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Mach 1 Global Services, Inc.<br>Plaintiff(s),<br>v.<br>Tramar Global, LLC<br>Defendant(s). | Case No.  **CV2020-055164**<br><br>**SUMMONS** |

To: Tramar Global, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 22, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *KELLY SLEESEMAN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #4980061

2

Clerk of the Superior Court
*** Electronically Filed ***
K. Sleeseman, Deputy
9/22/2020 4:16:09 PM
Filing ID 12028388

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

CV2020-055164

**Plaintiff's Attorney:**
James F Mahoney
Bar Number: 013940, issuing State: AZ
Law Firm: James F Mahoney PLC
7227 North 16th Street Suite 224
Phoenix, AZ 85020
Telephone Number: (602)597-4772
Email address: jim.mahoney@jfm-lawfirm.com

**Plaintiff:**
Mach 1 Global Services, Inc.
7227 North 16th Street Suite 224
Phoenix, AZ 85020

**Defendant:**
Tramar Global, LLC
2805 Walkup Ave. Suite A
Monroe, NC 28110

Discovery Tier t1

Case Category: Contracts
Case Subcategory: Other Contract (Breach of Contract)

AZturboCourt.gov Form Set #4986061

Clerk of the Superior Court
*** Electronically Filed ***
K. Sleeseman, Deputy
9/22/2020 4:16:09 PM
Filing ID 12028387

**JAMES F. MAHONEY, PLC**
James F. Mahoney, Esq., SBN 013940
11445 East Via Linda #2535
Scottsdale AZ 85259
Telephone:  (602) 587-4772
Fax:  (602) 456-4853
Email:  jim.mahoney@jfm-lawfirm.com
*Attorneys for Attorneys for Plaintiff*

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MACH 1 GLOBAL SERVICES, INC., an Arizona corporation, | Case No.:  **CV2020-055164** |
| Plaintiff, | **COMPLAINT** <br> Suggested Tier: # 1 |
| vs. | Breach of Contract <br> Failure to Pay Freight Charges |
| TRAMAR GLOBAL, LLC, a foreign limited liability company; JOHN DOES I-X; XYZ CORPORATIONS I-X; A-Z LIMITED LIABILITY COMPANIES, 1 to 10, | |
| Defendants. | |

Plaintiff, MACH 1 GLOBAL SERVICES, INC ("MACH 1") an Arizona corporation, through counsel undersigned, files this Complaint against TRAMAR GLOBAL, LLC, ("TRAMAR") and in support of its Complaint states the following:

### JURISDICTION, VENUE, AND PARTIES

1. The matter complained of and the liability of TRAMAR arise from the arrangement for carriage of TRAMAR'S cargo; that is, property owned or controlled by TRAMAR. and consigned by TRAMAR to be delivered in interstate and international commerce, and for which transportation was arranged by MACH 1.

1

2.    MACH 1 is an interstate carrier of property under 49 CFR § 365.101(a) registered with the Federal Motor Carrier Safety Administration, Department of Transportation with Motor Carrier number 824756 and a Freight Forwarder with identification number 3493.

3.    A Freight Forwarder is responsible to handle shippers' cargo moving from origin to destination, hiring motor carriers, rail, and air carriers.

4.    TRAMAR is a foreign corporation that operates internationally and within the United States, including Arizona. TRAMAR holds itself out as a premier, innovative designer and provider of in-house developed and manufactured bedding products and linens that it sells to retail stores in the United States for use as private label goods. These companies include Amazon, Wayfair, Bed Bath & Beyond, Sears, Big Lots, QVC, HSN and many others.

5.    TRAMAR's sales reach is overwhelmingly global and its products are sold in every U.S. state.

6.    All cargo so consigned by TRAMAR moving in these trips was arranged for transportation to the final delivery destinations by MACH 1.

7.    Personal jurisdiction is proper in Arizona because TRAMAR conducts business in Arizona, such as sales, merchandising, transportation, delivery, and its consignees use and sell its products – linens, bed sheets, and similar dry goods - in Arizona.

8.    According to Arizona's "long arm" statute in Ariz. R. Civ. Pro. 4(e)(2), service upon a defendant shall be made in accordance with the provisions of Rule

4(e)(2), which states:

> "When the defendant is a . . . corporation . . . which has caused an event to occur in this state out of which the claim which is the subject of the complaint arose, service may be made as herein provided, and when so made shall be of the same effect as personal service within the state."   Powder Horn Nursery, Inc. v. Soil Plant Lab, 20 Ariz. App. 517, 519 (Ariz. Ct. App. 1973).

9.   "Because Arizona's long-arm rule confers jurisdiction over non-resident defendants to the fullest extent permitted by the Due Process Clause, '[t]he jurisdictional issue . . . hinges on federal law.'" Uberti v. Leonardo, 181 Ariz. 565, 569, 892 P.2d 1354, 1358 (1995); see also, Williams v. Lakeview Co., 199 Ariz. 1, 3 (Ariz. 2000).

10.   When a defendant's activities in the forum state are not so pervasive as to subject it to general jurisdiction, the court may still find specific jurisdiction if: (1) the defendant purposefully avails itself of the privilege of conducting business in the forum; (2) the claim arises out of or relates to the defendant's contact with the forum; and (3) the exercise of jurisdiction is reasonable. Shute v. Carnival Cruise Lines, 897 F.2d 377, 381 (9th Cir. 1990), reversed on other grounds, 499 U.S. 585 (1991). Williams v. Lakeview Co., 199 Ariz. 1, 3 (Ariz. 2000).

11.   Specific jurisdiction is proper in this Court because the contract debt was incurred in Arizona; and venue is proper in Maricopa County because Plaintiff maintains its office here and the amount in controversy meets the jurisdictional limits of the Court.

12.   Over the course of many shipments arranged by MACH 1 in or about 2019 and 2020, TRAMAR has amassed a debt owed to MACH 1 in the sum of more than $127,103.61.

13.     TRAMAR agreed to the pricing for the cargo movements, but has failed to pay MACH 1, which amount is accruing interest at a rate of SIX (6) percent., leaving a balance due and owing to MACH 1 of $127,103.61, plus statutory interest, lawsuit costs, and attorney fees.

14.     MACH 1, through the work of its employees and agents, arranged for TRAMAR'S cargo to be delivered as requested according to the direction given by TRAMAR.

15.     MACH 1 sent TRAMAR invoices for the cargo delivery that TRAMAR had previously agreed to pay; a consolidated invoice and Statement of Account reflecting the total billing are attached as **Exhibit A**.

16.     TRAMAR has refused to pay MACH 1, breaching its contracts of carriage, although MACH 1 has made every effort to demand TRAMAR pay the freight charges that MACH 1 incurred. TRAMAR gave MACH 1 Power of Attorney for Customs transactions, attached as **Exhibit B,** which gave Mach 1 certain enumerated powers to act on behalf of TRAMAR. Lastly, TRAMAR provided MACH 1 with its Invoicing Profile, attached as **Exhibit C,** which constitutes a contract with terms and conditions prominently displayed. That agreement was executed by a principal of TRAMAR, Peter Crooke.

17.     Under many precedential cases, "the bedrock rule of [a] carriage case is that…the [freight forwarder] gets paid." *Excel Transportation Services, Inc. vs. CSX Lines, LLC*, 280 F.2d 617, 619 (S.D. Tex. 2003).

18.     MACH 1, under several precedential cases has the option to recover from TRAMAR as the shipper, or from its consignees, or other beneficial cargo owners.

19.     Courts that note recalcitrant obligors of freight charges, have continually found that shippers or consignees should bear the risk of payment, even if they had paid the shipper or obligors, such as TRAMAR for the products, because shippers, consignees, and others with a beneficial ownership interest in the cargo are generally not "an innocent party." As one court aptly noted: The shipper or consignee is often in the best position because they benefitted from the transaction. *National Shipping Co. of Saudi Arabia v. Omni Lines*, 106 F.3d 1544, 1547 (11th Cir. 1997).

20.     "The bill of lading is the basic transportation contract between the shipper-consignor and the carrier; its terms and conditions bind the shipper and all connecting carriers." S. *Pac. Transp. Co. v. Commercial Metals Co.*, 456 U.S. 336, 342, 102 S.Ct. 1815, 72 L.Ed.2d 114 (1982)" *Oak Harbor Freight v. Sears Roebuck Co.*, 513 F.3d 949, 953 n.2 (9th Cir. 2008).

21.     Courts have long held that shippers and consignees – whether customers of TRAMAR or TRAMAR itself - are jointly and severally liable for payment of freight charges. *See generally, Oak Harbor Freight Lines, Inc. v. Sears Roebuck & Co.*, 513 F.3d 949 (9th Cir. 2008); *Arizona Feeds v. S. Pac. Transp. Co.*, 21 Ariz. App. 346, 519 P.2d 199 (1974).

22.     Indeed, the Parties to the transactions *sub judice* were free to assign liability for payment of freight charges, if they had arranged the transport through a contract separate from the bill of lading. *Oak Harbor*, 513 F.3d at 956; *see also,*

*Louisville Nashville R.R. v. Central Iron Coal Co.,* 265 U.S. 59, 66 (1924); *Illinois Steel Co. v. Baltimore Ohio R.R.,* 320 U.S. 508, 512 (1944).

23.     Such a contract would possibly provide: (1) only the shipper is liable, (2) the shipper pays only if consignee does not pay, (3) only the consignee is liable, or (4) both shipper and consignee are liable. *C.A.R. Trans. Brokerage v. Darden Restaurants,* 213 F.3d 474, 479 (9th Cir. 2000).

24.     There were no such contracts to which MACH 1 and TRAMAR were parties. There were emails agreeing to pricing the movement; waybills describing the move; and invoices to TRAMAR for payment for the moves.

25.     Thus, TRAMAR, its customers and consignees are liable jointly and severally to MACH 1 for the freight charges TRAMAR had agreed to, i.e., $127,103.61, plus now taxable costs, attorney fees, and pre- and post-judgment interest at the prevailing rate allowed.

26.     TRAMAR'S customers, being jointly and severally liable to MACH 1 may be pursued for their freight charge obligations separately from this action against TRAMAR; and payment by them will be credited to TRAMAR'S debt in this lawsuit.

WHEREFORE, Plaintiff seeks judgment against TRAMAR, in the amount of $127,103.61, the remaining balance, plus interest, taxable costs, and attorney fees; and for such other and further relief as the Court deems just and proper.

**DATED** this 22nd day of September, 2020.

                                        **JAMES F. MAHONEY, PLC**

                    By:    _____
                           James F. Mahoney, Esq.
                           *Attorneys for Plaintiff*

**ORIGINAL** of the foregoing filed this
same date with:

Clerk of Court
Maricopa County Superior Court
301 W. Jefferson Street
Phoenix, AZ  85003

By:    _____
       Ariel Maloney
       Legal Assistant to James F. Mahoney, Esq.

# Exhibit A



1530 West Broadway Rd.
Tempe, AZ 85282
Tel: (480) 921-3900
Fax: (480) 921-1222

TAX #:

# STATEMENT OF ACCOUNT

TRAMAR, INC.
2805 WALKUP AVE., SUITE A
MONROE NC 28110

ACCOUNT: 080800340
CURRENCY: USD
PAGE: 1 of 1
DATE: 15-Sep-20
STD TERMS: 30 days from Inv. Date
DSB TERMS: 30 days from Inv. Date
THIS STATEMENT IS FOR ITEMS TO: 15-Sep-20

| TRANSACTION | | DATE | DESCRIPTION | DUE DATE | INV. AMT | BALANCE | TOTAL |
|---|---|---|---|---|---|---|---|
| INV | S01591922 | 27-May-20 | HOUSE: 602200089 PAYMENT REF: 01501275 | 26-Jun-20 | 39,164.44 | 39,164.44 | 39,164.44 |
| INV | S01591824 | 11-Jun-20 | HOUSE: USCK802200251 PAYMENT REF: 01505801 | 11-Jul-20 | 44,553.69 | 44,553.69 | 83,718.13 |
| INV | S01579543/A | 23-Jun-20 | HOUSE: HGHNSHMF20040167 PAYMENT REF: 01509832 | 23-Jul-20 | 420.00 | 420.00 | 84,138.13 |
| INV | S01579545/A | 29-Jun-20 | HOUSE: HGHNSHMF20040221 PAYMENT REF: 01511885 | 29-Jul-20 | 2,240.00 | 2,240.00 | 86,378.13 |
| INV | S01614331 | 30-Jun-20 | HOUSE: S01614331 PAYMENT REF: 01512144 | 30-Jul-20 | 1,036.00 | 1,036.00 | 87,414.13 |
| INV | S01596342 | 30-Jun-20 | HOUSE: FEVMSHXF20050323 PAYMENT REF: 01512834 | 30-Jul-20 | 17,303.59 | 17,303.59 | 104,717.72 |
| INV | S01597961 | 07-Jul-20 | HOUSE: SHXF20060088 PAYMENT REF: 01514519 | 06-Aug-20 | 5,600.37 | 5,600.37 | 110,318.09 |
| INV | S01597944 | 17-Jul-20 | HOUSE: FEVMSHXF20050480 PAYMENT REF: 01520305 | 16-Aug-20 | 4,663.97 | 4,663.97 | 114,982.06 |
| INV | S01625894 | 24-Jul-20 | HOUSE: DLPDSTUT00024257 PAYMENT REF: 01523252 | 23-Aug-20 | 11,926.55 | 11,926.55 | 126,908.61 |
| INV | S01640498 | 05-Aug-20 | HOUSE: S01640498 PAYMENT REF: 01531234 | 04-Sep-20 | 195.00 | 195.00 | 127,103.61 |

---

**Overdue at statement date: 127,103.61 USD**

---

| TOTAL USD | 127,103.61 |
|---|---|

*Bank Payments To:*

| Bank | 122105744 |
|---|---|
| Account | 6747540762 |

BBVA COMPASS BANK
UNITED STATES

**Pay Ref** 080800340
**Due** USD 127,103.61

**SWIFT:** CPASUS44

*Mail Payments To:*

MACH 1 GLOBAL SERVICES, INC.
1530 W BROADWAY RD
TEMPE AZ 85282
UNITED STATES



Mach 1 Global Services - Los Angeles
7485 Flores St.
Downey, CA 90242
Tel: (310) 670-1024
Fax: (562) 803-4290
Email: laxops@mach1global.com

## CONSOLIDATED INVOICE 200527200805

TRAMAR, INC.
ATTENTION: PERRY CROOKE
2805 WALKUP AVE., SUITE A
MONROE NC 28110

ACCOUNT: 080800340
PAGE: 1 of 1
INVOICE DATE: 05-AUG-20
**DUE DATE 04-SEP-20**
TERMS: 30 days from Inv. Date
SHIPMENT: MULTIPLE

| SHIPPER | CONSIGNEE |
|---|---|
| MULTIPLE | TRAMAR, INC.<br>2805 WALKUP AVE., SUITE A<br>MONROE NC 28110<br>UNITED STATES |

**CLIENT / ORDER REFERENCE**
S01591922 / S01591824 / S01579543/A / S01579545/A / S01614331 / S01596342 / S01597961 / S01597944 / S01625894 / S01640498

**GOODS DESCRIPTION**
N95 MASKS, BED LINENS

| BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
| | | | | |

| FLIGHT & DATE | | MAWB | | HAWB | |
|---|---|---|---|---|---|
| | | | | | |

| ORIGIN | | ETD | 14-May-20 | DESTINATION | | ETA |
|---|---|---|---|---|---|---|
| | | | | USRDU = Durham-Raleigh Apt, United States | | |

| PIECES DELIVERED | RECEIVED ON | RECEIVED BY |
|---|---|---|
| | | |

| DESCRIPTION | CHARGES IN USD |
|---|---|
| S01591922 | 39,164.44 |
| S01591824 | 44,553.69 |
| S01579543/A | 420.00 |
| S01579545/A | 2,240.00 |
| S01614331 | 1,036.00 |
| S01596342 | 17,303.59 |
| S01597961 | 5,600.37 |
| S01597944 | 4,663.97 |
| S01625894 | 11,926.55 |
| S01640498 | 195.00 |

Please contact us within 7 days should there be any discrepancies.

Por favor contáctenos dentro de 7 días si hay alguna discrepancia.

| SUBTOTAL | 127,103.61 |
|---|---|
| **TOTAL USD** | 127,103.61 |

**EFT Payments To:**
ABA        122105744                    SWIFT: CPASUS44
Account    6747540762
BBVA COMPASS BANK
UNITED STATES
Pay Ref    080800340
Due        USD 127103.61

**Mail Payments To:**
MACH 1
1530 W BROADWAY RD
TEMPE AZ 85282
UNITED STATES

# Exhibit B

## Mach 1 Trade Services, LLC
### For US Customs and Border Protection, ISF Filing Authorization and Export Forwarding Agent/EEI



(1) SSN, IRS, Tax ID, EIN or Customs Assigned #:
56-1356689

(2) Check appropriate box:

☐ Individual ☐ Sole Proprietorship
☐ Partnership ☐ Limited Liability Company
☑ Corporation ☐ Foreign Company/Corporation

KNOW ALL MEN BY THESE PRESENTS: That, (3)   TRAMAR, INC.

(Full name of person, partnership, corporation, or sole proprietorship)

doing business as a(n) (4)   CORPORATION   Under the laws of the State of (5)   North Carolina ,

Insert one (Individual, partnership, corporation, sole proprietorship, or limited liability company)

residing or having a principal place of business at (6)   2805 Walkup Ave.  - Monroe, NC 28110
hereby constitutes and appoints Mach 1 Trade Services, LLC, its officers, employees, and/or specifically authorized agents, to act for and on its behalf as a true and lawful agent and attorney of the grantor for and in the name, place and stead of said grantor, from this date, in the United States (the "territory") either in writing, electronically, or by other authorized means, to:

Make, endorse, sign, declare, prepare, file, transmit or swear to any customs entry, withdrawal, declaration, certificate, importer security filing, bill of lading, carnet, commercial invoice, insurance certificate, draft, shipper's export declaration, and electronic export information (EEI) or other documents or records required to be filed by the US Census Bureau, US Customs and Border Protection, or any other US Government Agency required by law or regulation in connection with the importation, exportation or transportation of any merchandise in or through the customs territory, shipped or consigned by or to said grantor;

Perform any act or condition which may be required by law or regulation in connection with such merchandise deliverable to said grantor; to receive any merchandise;

Make endorsements on bills of lading conferring authority to transfer title; make entry or collect drawback; and to make, sign, declare, or swear to any statement or certificate required by law or regulation for drawback purposes, regardless of whether such document is intended for filing with Customs and Border Protection;

Sign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback, or in connection with the entry, clearance, lading, unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be voluntarily given and accepted under applicable laws and regulations, consignee's and owner's declarations provided for in section 485, Tariff Act of 1930, as amended, or affidavits or statements in connection with the entry of merchandise.

Sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the entering, clearing, lading unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor;

Authorize other Customs Brokers duly licensed within the territory to act as grantor's agent: to receive endorse and collect checks issued for customs duty refunds in grantor's name drawn on the Treasurer of the United States; if the grantor is a nonresident of the United States, to accept service of process on behalf of the grantor;

And generally to transact Customs business, including filing of claims or protests under section 514 of the Tariff Act of 1930, or pursuant to other laws of the territories, in which said grantor is or may be concerned or interested and which may properly be transacted or performed by an agent and attorney;

Giving to said agent and attorney full power and authority to do anything whatever requisite necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by virtue of these presents:

This power of attorney to remain full force and effect until revocation in writing is duly given to and received by grantee (if the donor of this power of attorney is a partnership, the said power shall in no case have any force or effect in the United States after the expiration 2 years from the dates of its execution);

Grantor hereby acknowledges receipt of the Mach 1 Trade Services, LLC terms and conditions.

IN WITNESS WHEREOF, the said (7)   TRAMAR, INC

(Full Name of Company)

caused these presents to be sealed and signed: (Signature) (8):   _Perry M. Crooke_

(Officer Capacity) (9):   PRESIDENT   Print Name (10):   PERRY M. CROOKE   Date (11):   1/7/2020

Witness (if required) (12): _____

Per title 19 CFR 111.29 (b), If you are the importer of record, payment to the broker will not relieve you of the liability for U.S. Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker. Importers who wish to utilize this procedure must contact our office in advance to arrange timely receipt of duty checks.

In accordance with title 19 CFR 111.36 (a) & (b) , we hereby waive the requirement of Customs Broker transmitting a copy of the customs entry (CF7501) and the Customs Broker's bill for services directly to our firm. Such entry summary and bill will be transmitted through our forwarding agent, Mach 1 Global Services. It is also understood that the agreement between Mach 1 Global Services (Forwarder) and Customs Broker Does not forbid or prevent the Customs broker from having direct contact with our firm in accordance with title 19 CFR 111.36(c)(3).

Updated 06/15/17

# Exhibit C



**MACH1**
GLOBAL SERVICES, INC.

## Invoicing Profile

| | | | |
|---|---|---|---|
| Local M1 Office: | LAX | Local Phone: | 310-670-1024 |
| Street Address: | 7485 Flores St | Toll Free: | 800-553-7774 |
| City, State, Zip: | Downey, CA, 90242 | Local Fax: | 562-803-4290 |

| | | | |
|---|---|---|---|
| Business Name: | Tramar, Inc. | | |
| EIN: | 561356689 | D&B Number: | 148519002 |
| Website Address: | | | |
| Physical Address: | 2805 Walkup Ave | | |
| City: | Monroe | State: NC | Zip: 28110 |
| Business Phone: | 704-289-4264 | Business Fax: | 704-225-1490 |

### Method of Payment:

ACH ☐     Check ☒     Wire Transfer ☐

| | | |
|---|---|---|
| Type of Business: | Textiles | Years in Business: 40 |
| Type of Ownership: | ☒ Corporation  ☐ Sole Proprietor  ☐ Other | |
| Controller Name: | Perry Crooke | |
| Phone: 704-957-5877 | Fax: 704-225-1490 | Email: perryc@tramarglobal.com |

Business References (please include phone and fax numbers –or– attach documentation):

1. EMO TRANS - Garden City, N.Y. 11530
   516-862-6800 - 516-377-0869
2. YRC Freight - 800-610-6500
   Customer.service@yrcfreight.com

## Billing Requirements

*Accounts Payable:*

| | | | |
|---|---|---|---|
| Contact | Angie Darrow | Title | Finance and Logistics |
| Phone | 704-289-4264 | Fax 704-225-1490 | Email  angied@tramarglobal.com |

*Billing Address:*

| | | | |
|---|---|---|---|
| Street | | P.O. Box | 2129 |
| City | Monroe | State  NC   Zip | 28111 |

*Please fill out page 2 →*

*49 USC 114 authorizes the collection of this information. The information you provide will be used to qualify you or verify your status as a possible "known shipper." Providing this information is voluntary; however, failure to provide the information will prevent you from qualifying as a "known shipper." This information will be disclosed to TSA personnel and contractors or other agents including IAC's in the maintenance and operation of the known shipper program. TSA may share the information with airport operators, foreign air carriers, IAC's law enforcement agencies, and others in accordance with the Privacy Act, 5 USC Section 552a. For additional details, see the system of records notice for Transportation Security Threat

## Billing Requirements Cont.

**Payment Company: (if applicable)**

Name: _____ N/A

Contact: _____ Title _____

Street: _____ P.O. Box _____

City: _____ State _____ Zip _____

Phone: _____ Fax _____ Email _____

**Invoicing Document Requirements:**

Specify: _____ N/A

**Special Invoicing Requirements:**

Specify: _____ N/A

**Operations:**

Contact: Stephen Davis Title _____

Phone: 704-201-6374 Fax 704-225-1990 Email stephend@tramarglobal.com

Mach 1 Global Services, Inc. limits of liability are $50.00 minimum per shipment or $.50 per pound per piece unless a Declared Value is requested of Mach 1 Global Services, Inc. and shown on the Airbill at the time the shipment is tendered to Mach 1 Global Services, Inc. Our credit terms are net 30 days from date of shipment. Duty advanced to Customs and Border Protection by Mach 1 will be assessed a 2% disbursement fee, $5.00 minimum to cover financial costs. Failure to pay within terms will jeopardize a customer's credit standing. The shipper and consignee shall be jointly and severally liable for payment of all charges and advances. The Forwarder shall have a lien on any shipment for all amounts due and payable to the Forwarder for a particular shipment in transit and previous Mach 1 shipments. By signing below you give Mach 1 Global Services the right to screen, or have screened all cargo tendered for air shipment.

The undersigned agrees on behalf of their firm to the terms of Mach 1 Global Services Conditions of Contract.
The undersigned understands a copy of the Mach 1 Conditions of Contact can be found on
Mach 1 Global Services' website, www.mach1global.com.
The undersigned hereby gives permission for the release of information regarding the above referenced account.

Authorized Signature _____          Title President

Printed Name: Perry Crooke          Today's Date: 8/7/19

Mach 1 Office: LAX          Regional Sales Manager Name: _____

District Manager Signature: _____

Revised: 09/29/15          Page 2 of 2

PRIVACY ACT NOTICE
*49 USC 114 authorizes the collection of this information. The information you provide will be used to qualify you or verify your status as a possible "known shipper." Providing this information is voluntary, however, failure to provide the information will prevent you from qualifying as a "known shipper." This information will be disclosed to TSA personnel and contractors or other agents including IAC's in the maintenance and operation of the known shipper program. TSA may share the information with airport operators, foreign air carriers, IAC's law enforcement agencies, and others in accordance with the Privacy Act, 5 USC Section 552a. For additional details, see the system of records notice for Transportation Security Threat

Clerk of the Superior Court
*** Electronically Filed ***
K. Sleeseman, Deputy
9/22/2020 4:16:09 PM
Filing ID 12028389

Person/Attorney Filing: James F Mahoney
Mailing Address: 7227 North 16th Street Suite 224
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)597-4772
E-Mail Address: jim.mahoney@jfm-lawfirm.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013940, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Mach 1 Global Services, Inc.
Plaintiff(s),
v.
Tramar Global, LLC
Defendant(s).

Case No.   **CV2020-055164**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: James F Mahoney /s/
Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #4986061